# EXHIBIT "4"

```
1  Mark D. Estle, SBN 135004
   5243 Timber Branch Way
2  San Diego, CA 92130
3  Telephone: 619-992-9264
   mdestle@estlelaw.com
4
5  Attorney for Movant Rehabbers
   Financial, Inc., dba Aztec Financial
6
7
```

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:18-bk-12964-RK |
| Placemark Properties LLC, | Chapter 13 |
| Debtor, | **DECLARATION OF GERALD JOSEPTH LEGRIS IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Rehabbers Financial, Inc., *dba* Aztec Financial, | |
| Movant, | Hearing: |
| vs. | Date: |
| | Time: |
| Placemark Properties LLC, Debtor, and Howard M. Ehrenberg, Trustee, | Place: Courtroom 1675 |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |
| Respondent, | |

I, Gerald Joseph LeGris, declare,

    1.   I am employed by Berkshire Hathaway HomeServices CP, I am over the age of 18 years old. In the foregoing capacity, I have personal knowledge of the following and if called upon to testify thereto I could and would do so competently and truthfully.

    2.  I am a licensed a Licensed Real Estate Broker with more than 30 years of experience in the real estate industry. A true and correct copy of my qualifications as a Licensed Real Estate Broker is attached hereto as Exhibit 1.

///

///

3. I am a "disinterested person" as defined by 11 U.S.C. § 101(14). I have no interest materially adverse to the interest of the estate or of any class of creditors, or equity security holders, be reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

4. I was asked to prepare a Residential Broker's Price Opinion on the property located at 49340 Sunrose Lane, Palm Desert, California 92260 (the "Property"), which I completed on or about June 4, 2018. A true and correct copy of the Residential Broker's Price Opinion is attached hereto as Exhibit 2.

5. Based on my analysis of the "as is" market value of the Property, and based upon my experience as a Real Estate Broker it is my opinion that, as of June 4, 2018, said market value is $900,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on _June 6_, 2018, at Long Beach, California.

Dated: June 6, 2018

Gerald Joseph LeGris
Declarant's name

Signature of Declarant

# RESIDENTIAL BROKER PRICE OPINION

Loan #
REO #: _____  This BPO is the ☒ Initial ☐ 2nd Opinion ☐ Updated ☐ Exterior Only   DATE  6/04/2018
PROPERTY ADDRESS:  49340 Sunrose Ln                      SALES REPRESENTATIVE:
                   Palm Desert, CA 92260                 CLIENT NAME:   Rehabbers Financial Inc
FIRM NAME:   Berkshire Hathaway HomeServices CP          COMPLETED BY:  Gerald J LeGris
PHONE NO.    949-510-2370                                FAX NO.        562-989-4803

## I. GENERAL MARKET CONDITIONS

Current market condition:        ☐ Depressed    ☒ Slow        ☐ Stable      ☐ Improving   ☐ Excellent
Employment conditions:           ☐ Declining    ☒ Stable      ☐ Increasing
Market price of this type property has:  ☐ Decreased ____ % in past ____ months
                                         ☒ Increased   0  % in past   6  months
                                         ☒ Remained stable

Estimated percentages of owner vs. tenants in neighborhood:  75  % owner occupant  25  % tenant
There is a  ☐ Normal supply  ☒ oversupply  ☐ shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood:  133
No. of competing listings in neighborhood that are REO or Corporate owned:  0
No. of boarded or blocked-up homes:  0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $ 322,000  to $ 2,200,000
The subject is an  ☐ over improvement   ☐ under improvement   ☒ Appropriate improvement for the neighborhood.
Normal marketing time in the area is:  365  days.
Are all types of financing available for the property?  ☒ Yes  ☐ No   If no, explain _____
Has the property been on the market in the last 12 months?  ☒ Yes  ☐ No  If yes, $ 899,000  list price (include MLS printout)

To the best of your knowledge, why did it not sell?  Unusual structure with approx 1/2 of the SqFt in a basement or below grade as bonus room. Previously on market at $895,000 and didn't sell during listing, then closed escrow for $800,000 3 days after listing expired. Inside redone for a flip, then sat on market starting at $1,379,000 and after 247 days and reductions to $899,000 it EXPIRED! Currently appears Vacant and all landscape going downhill, dead grass, trees dying, palm frons all over the ground etc.

Unit Type:  ☒ single family detached   ☐ condo      ☐ co-op       ☐ mobile home
            ☐ single family attached   ☐ townhouse  ☐ modular
If condo or other association exists: Fee $ 2400  ☐monthly  ☒ annually  Current? ☐ Yes  ☐ No  Fee delinquent? $ unk
The fee includes:  ☐ Insurance  ☐ Landscape  ☐ Pool  ☐ Tennis  Other _____  Phone No.: _____
Association Contact:  Name:  Ironwood Country Club

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 49340 Sunrose Ln | 72840 Calle de la Silla Palm Desert | | 49075 Della Robia Ln Palm Desert | | 48244 Silver Spur Palm Desert | |
| Proximity to Subject | | REO/Corp ☐ | | REO/Corp ☐ | | REO/Corp ☐ | |
| Sale Price | $ 800000 | $ 1,215,000 | | $ 1,450,000 | | $ 1,100,000 | |
| Price/Gross Living Area | $ 142 Sq. Ft. | $ 230 Sq. Ft. | | $269 Sq. Ft. | | $ 213 Sq. Ft. | |
| Sale Date & Days on Market | | 3/22/18 dom 872 | | 5/5/18 dom111 | | 4/12/18 dom 242 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sales or Financing Concessions | | owner financing | | | | | |
| Location | Ironwood Country Club | Ironwood Country Club | | Ironwood Country Club | | South Palm Desert | |
| Leasehold/Fee Simple | fee | fee | | fee | | fee | |
| Site | flat | flat | | flat | | flat | |
| View | mountains | Mountains city lites, valley floor vw | | Mountains, Valley panoramic | | Mountains | |
| Design and Appeal | Traditional | Traditional | | Modern | | Modern | |
| Quality of Construction | good | good | | v good | | good | |
| Age | 38 | 27 | | 28 | | 33 | |
| Condition | good | good | | v good | | good | |
| Above Grade Room Count | Total 8 / Bdms 4 / Baths 5 | Total 9 / Bdms 4 / Baths 5 | | Total 8 / Bdms 4 / Baths 5 | | Total 7 / Bdms 4 / Baths 5 | |
| Gross Living Area | 5639 Sq. Ft. | 5274 Sq. Ft. | +91250 | 5378 Sq. Ft. | 65250 | 5155 Sq. Ft. | 121000 |
| Basement & Finished Rooms Below Grade | 2819.5 | none | | none | | none | |
| Functional Utility | poor | good | | good | | good | |
| Heating/Cooling | yes | yes | | yes | | yes | |
| Energy Efficient Items | unk | unk | | unk | | unk | |
| Garage/Carport | 3 | 3 | | 4 | -30000 | 4 | -30000 |
| Porches, Patio, Deck Fireplace(s), etc. | yes | yes | | yes | | yes | |
| Fence, Pool, etc. | yes | yes | | yes | | yes | |
| Other | total | 42000 sf lot Subject below grade structe | -360750 | his&her Kitch subject below grade structure | -316750 | subject below grade | -261000 |

| Net Adj. (total) | | ☐ + ☒ - | $ -360750 | ☐ + ☒ - | $-281500 | ☐ + ☐ - | $-170000 |
|---|---|---|---|---|---|---|---|
| Adjusted Sales Price of Comparable | | | $854250 | | $1,133250 | | $839000 |

Fannie Mae Revised 03/99                              Page 1 of 2

REO# _____   Loan # _____

### IV. MARKETING STRATEGY

Occupancy Status: Occupied ☐  Vacant ☒  Unknown ☒

☐ As-is  ☒ Minimal Lender Required Repairs  ☐ Repaired   Most Likely Buyer: ☒ Owner occupant  ☐ Investor

### V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

| ☒ Landscape clean up and redo | $ 10000 | ☐ | $ |
| ☐ unknown inside condition | $ | ☐ | $ |
| ☐ Clean and polish | $ 2000 | ☐ | $ |
| ☐ | $ | ☐ | $ |
| ☐ | $ | ☐ | $ |

**GRAND TOTAL FOR ALL REPAIRS** $12000

### VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | | COMPARABLE NUMBER 1 | | | COMPARABLE NUMBER. 2 | | | COMPARABLE NUMBER. 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 49340 Sunrose Ln | | 48169 Silver Spur Trail Palm Desert | | | 72700 Bel Air Road Palm Desert | | | 72970 Carriage Palm Desert | | |
| Proximity to Subject | | | REO/Corp☐ | | | REO/Corp☐ | | | i  REO/Corp☐ | | |
| List Price | $ | | $1,550,000 | | | $1,395,000 | | | $1,295,000 | | |
| Price/Gross Living Area | $ | Sq.Ft. | $282 Sq.Ft. | | | $303 Sq.Ft. | | | $261 Sq.Ft. | | |
| Data and/or Verification Sources | | | mls | | | mls | | | mls | | |
| VALUE ADJUSTMENTS | DESCRIPTION | | DESCRIPTION | | +(-)Adjustment | DESCRIPTION | | +(-)Adjustment | DESCRIPTION | | +(-)Adjustment |
| Sales or Financing Concessions | | | | | | | | | | | |
| Days on Market | | | 229 | | | 119 | | | 12 | | |
| Location | Ironwood | | Silver Spur | | | South Palm | | | Ironwood | | |
| Leasehold/Fee Simple | fee | | fee | | | fee | | | fee | | |
| Site | flat | | flat | | | flat | | | flat | | |
| View | mountains | | Mountains | | | Mountains | | | Mountins desert | | |
| Design and Appeal | Traditional | | Modern/Tradition | | | Mediterranean | | | Traditional | | |
| Quality of Construction | good | | excellent | | | excellent | | | excellent | | |
| Age | 38 | | 37 | | | 10 | | | 17 | | |
| Condition | good | | excellent | | | excellent | | | excellent | | |
| Above Grade Room Count | Total 8 | Bdms 4 | Baths 5 | Total 9 | Bdms 5 | Baths 5 | Total 8 | Bdms 4 | Baths 4 | Total 9 | Bdms 4 | Baths 5 |
| Gross Living Area | 5639 Sq. Ft. | | 5,496 Sq. Ft. | | | 4,600 Sq. Ft. | | | 4960 Sq. Ft. | | +169750 |
| Basement & Finished Rooms Below Grade | 2819.5 | | no | | | no | | | no | | |
| Functional Utility | poor | | excellent | | | excellent | | | excellent | | |
| Heating/Cooling | yes | | yes | | | yes | | | yes | | |
| Energy Efficient Items | unk | | unk | | | unk | | | solar | | -30000 |
| Garage/Carport | 3 | | 3 | | -30000 | 2 | | | 3 | | -30000 |
| Porches, Patio, Deck Fireplace(s), etc. | yes | | yes | | | yes | | | yes | | |
| Fence, Pool, etc. | yes | | yes | | | yes | | | yes | | |
| Other | total | | private tennis court adj subject for | | -400000 | subject prop has any 1/2 of usable | | -352000 | golf cart garage Adj subject for | | -372000 |
| Net Adj. (total) | | | ☐+ ☒- | | $-430000 | ☐+ ☒- | | $-352000 | ☐+ ☒- | | $-432000 |
| Adjusted Sales Price of Comparable | | | | | $1,120000 | | | $1,043,000 | | | $1,032750 |

### VI. THE MARKET VALUE (The value must fall within the indicated value of the Competitive Closed Sales).

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $ 900000 | $ 900000 |
| REPAIRED | $ 920000 | $ 920000 |

Last Sale of Subject,  Price $ 800,000   Date 10/4/2016

COMMENTS (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.
Attach addendum if additional space is needed.)

This property has a disfunctional floor plan. It would not appeal to the mass buyers in this resort area. They want light and bright. The below grade, enormous bonus type room have no division for more funtional use as bedrooms - guest areas, hobby areas etc. It is one massive area with a pool table, no exterior windows that I can see or detect. It is like a party or night club environment, not your normal environment in this area or ever requested of me in my 10 years of selling in this area.

Cal DRE # 00885785
Broker

Signature: Gerald J LeGris       Date: 6/04/2018

## Property Profile

### Property Data

Note: Recent Foreclosure Activity Detected in Property History    View Data | Hide Notice

Site Address:
49340 Sunrose Ln
Palm Desert, CA  92260

Mail Address:
777 S Central Expy
# 11
Richardson, TX  75080

Primary Owner: PLACEMARK PROPERTIES LLC,
Secondary Owner:
APN: 655-290-015
Census Tract: 0451.14
Housing Tract Number: 5564
Legal Description: LOT:15 CITY:PALM DESERT TR#:5564 LOT 15 MB 098/069 TR 5564
Subdivision:
Property County: Riverside County

### Property Characteristics

Bedrooms: 4
Bathrooms: 4
Total Rooms:
Zoning: PR7
Number of Stories: 2

Year Built: 1980
Use Code: Single Family Residential
Number of Units: 0
Amenities: 1, P
Building Style:

Square Feet: 5639
Lot Size: 31363 Sqft — ?
Garage: Attached (4 car)

Coords: 33.688388,-116.388167

### Sale & Loan Information

Transfer Date: 10/04/2016
Transfer Value: $800,000.00
First Loan Amt: $950,000.00

Seller: KRUEGER, JAMES F; THE REEDER FAMILY TRUST,
Cost/Sq Feet: 141
Lender: Rehabbers Financial Inc

Document: 2016-0434965
Title Company: First American Title Company

### Assessed & Tax Information

Assessed Value: $800,000.00
Land Value: $240,000.00
Improvement Value: $560,000.00

Percent Improvement: 0.7
Tax Amount: $10,237.90
Tax Status:

Homeowner Exemption:
Tax Rate Area: 18-005

This informational product is being furnished free of charge as a customer service by Orange Coast Title Company (OCT) in conformance with the rules established by the California Department of Insurance. The information contained herein as well as any accompanying documents is not a full representation of the status of title to the property in question. The issuance of this information does not constitute a contract to issue a policy of title insurance on these same terms, neither express or implied. While the information contained herein is believed to be accurate, no liability is assumed by OCT either in contract, tort or otherwise for any error or omission contained herein and this information may not be relied upon in the acquisition or in any loan made on property by the recipient of this information without the issuance of a policy of title insurance.

## 49340 Sunrose Ln, Palm Desert, CA 92260-6750, Riverside County

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | Placemark Prop | Tax Billing Zip: | 75080 |
| Mail Owner Name: | Placemark Prop | Tax Billing Zip+4: | 7411 |
| Tax Billing Address: | 777 S Central Expy #ii | Owner Occupied: | No |
| Tax Billing City & State: | Richardson, TX | | |

### Location Information

| | | | |
|---|---|---|---|
| Zip Code: | 92260 | School District: | Desert Sands Indio |
| Carrier Route: | C012 | Comm College District Code: | Desert |
| Zoning: | PR7 | Location Influence: | Golf Course |
| Tract Number: | 5564 | Census Tract: | 451.14 |

### Tax Information

| | | | |
|---|---|---|---|
| APN: | 655-290-015 | Tax Area: | 018005 |
| Alternate APN: | 655-290-015 | Lot: | 15 |
| % Improved: | 70% | Water Tax Dist: | Coachella Vly Imp |
| Legal Description: | LOT 15 MB 098/069 TR 5564 | | |

### Assessment & Tax

| Assessment Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Assessed Value - Total | $800,000 | $1,078,631 | $1,062,431 |
| Assessed Value - Land | $240,000 | $234,473 | $230,952 |
| Assessed Value - Improved | $560,000 | $844,158 | $831,479 |
| YOY Assessed Change ($) | -$278,631 | $16,200 | |
| YOY Assessed Change (%) | -25.83% | 1.52% | |

| Tax Year | Total Tax |
|---|---|
| 2015 | $13,495 |
| 2017 | $10,238 |

| Special Assessment | Tax Amount |
|---|---|
| Palm Desert Emg Srv | $60.00 |
| Coachella Valley Mosquito & Ri | $10.20 |
| Cvwd Sewer Service Charge Id80 | $294.72 |
| Coachella Valley Rec &Pk Ad93- | $9.90 |
| Total Of Special Assessments | $535.38 |

### Characteristics

| | | | |
|---|---|---|---|
| County Land Use: | Single Fam Resid | Water: | Type Unknown |
| Universal Land Use: | SFR | Sewer: | Type Unknown |
| Lot Acres: | 0.46 | Heat Type: | Central |
| Lot Area: | 20,038 | Cooling Type: | Central |
| Building Sq Ft: | 5,639 | Garage Type: | Attached Garage |
| Gross Area: | 6,645 | Garage Sq Ft: | 1,006 |
| Stories: | Tax: 2 MLS: 1 | Parking Type: | Attached Garage |
| Bedrooms: | 4 | Parking Spaces: | MLS: 3 |
| Total Baths: | Tax: 5 MLS: 6 | Roof Material: | Tile |
| MLS Total Baths: | 6 | Pool: | Pool |
| Full Baths: | Tax: 5 MLS: 1 | Year Built: | 1980 |
| Half Baths: | MLS: 2 | Other Impvs: | Yes |
| Fireplaces: | 1 | # of Buildings: | 1 |

### Estimated Value

| | | | |
|---|---|---|---|
| RealAVM™ (1): | $970,136 | Confidence Score (2): | 70 |
| RealAVM™ Range: | $795,512 - $1,144,760 | Forecast Standard Deviation (3): | 18 |
| Value As Of: | 05/10/2018 | | |

(1) RealAVM™ is a CoreLogic® derived value and should not be used in lieu of an appraisal.
(2) The Confidence Score is a measure of the extent to which sales data, property information, and comparable sales support the property valuation analysis process. The confidence score range is 60 - 100. Clear and consistent quality and quantity of data drive higher confidence scores while lower confidence scores indicate diversity in data, lower quality and quantity of data, and/or limited similarity of the subject property to comparable sales.
(3) The FSD denotes confidence in an AVM estimate and uses a consistent scale and meaning to generate a standardized confidence metric. The FSD is a statistic that measures the likely range or dispersion an AVM estimate will fall within, based on the consistency of the information available to the AVM at the time of estimation. The FSD can be used to create confidence that the true value has a statistical degree of certainty.

### Listing Information

| | | | |
|---|---|---|---|
| MLS Listing Number: | IG17131651 | MLS Current List Price: | $1,499,000 |
| MLS Status: | Canceled | MLS Original List Price: | $1,499,000 |
| MLS Area: | 323 - SOUTH PALM DESERT | MLS Listing Agent: | Kjacqrob-Bob Jacques |
| MLS Status Change Date: | 06/20/2017 | MLS Listing Broker: | KELLER WILLIAMS REALTY |

## Last Market Sale & Sales History

| Recording Date: | 10/04/2016 | Sale Type: | Full |
| --- | --- | --- | --- |
| Sale Date: | 09/15/2016 | Deed Type: | Grant Deed |
| Sale Price: | $800,000 | Owner Name: | Placemark Prop |
| Price Per Square Feet: | $141.87 | Seller: | Reeder Family Trust |
| Document Number: | 434965 | | |

| Recording Date | 10/04/2016 | 10/04/2016 | 10/04/2016 | 02/21/1992 |
| --- | --- | --- | --- | --- |
| Sale Date | 09/15/2016 | 09/16/2016 | 09/16/2016 | 04/1991 |
| Sale Price | $800,000 | | | |
| Nominal | | Y | Y | Y |
| Buyer Name | Placemark Properties LLC | Krueger James F | Krueger James F | Reeder Robert D & Reeder Maril |
| Seller Name | Reeder Family Trust | Reeder Marilyn R | Reeder Robert D | Reeder Robert D |
| Document Number | 434965 | 434964 | 434963 | 58903 |
| Document Type | Grant Deed | Affidavit | Affidavit | Deed (Reg) |

### Mortgage History

| Mortgage Date | 10/04/2016 |
| --- | --- |
| Mortgage Amount | $950,000 |
| Mortgage Lender | Rehabbers Fin'l Inc |
| Mortgage Code | Conventional |

### Foreclosure History

| Document Type | Notice Of Trustee's Sale | Notice Of Default | Notice Of Default |
| --- | --- | --- | --- |
| Default Date | | 01/05/2018 | 09/25/2017 |
| Foreclosure Filing Date | 04/10/2018 | 01/05/2018 | 09/25/2017 |
| Recording Date | 04/12/2018 | 01/09/2018 | 09/27/2017 |
| Document Number | 140967 | 9210 | 399557 |
| Default Amount | | $73,066 | $39,980 |
| Final Judgment Amount | $1,179,830 | | |
| Original Doc Date | 10/04/2016 | 10/04/2016 | 10/04/2016 |
| Original Document Number | 434966 | 434966 | 434966 |

Courtesy of Jerry LeGris, Berkshire Hathaway H.S.C.P., California Regional MLS
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**

**49340 Sunrose Ln, Palm Desert 92260**     STATUS: **Expired**     LIST PRICE: **$895,000**




BED / BATH: **4/4,0,2,0**
SQFT(src): **5,639 (A)**
PRICE PER SQFT: **$158.72**
LOT(src): **0.46/20,038 (SEE)**
LEVELS: **One**
GARAGE: **2**
YEAR BUILT(src): **1980 (ASR)**
PROP SUB TYPE: **SFR**
DOM / CDOM: **469/469**
SLC: **Standard**
PARCEL #: **655290015**
LISTING ID: **215018142DA**

| DESCRIPTION |

Custom built in 1980, this spacious gem has been lovingly maintained by original owners. An extraordinary price of $158.71 per square foot allows for customization by new owner! Located in prestigious Ironwood Country Club in the coveted area of The Highlands, this Mediterranean style 4 Bedroom/4 bath+2 Powder Rooms home includes a rare finished lower level with full bar, powder room and pool table making it a great entertaining space for family and friends. The salt water Pool and Spa have been redone. Totally private and on cul-d-sac with little traffic. 3 Car Garage with additional storage. Peaceful mountain views from pool/spa! Low HOA $198//month

EXCLUSIONS: **Property to be sold unfurnished**     INCLUSIONS:

AREA: **323 - South Palm Desert**
SUBDIVISION: **Ironwood Country Clu/Ironwood Country Clu**
COUNTY: **Riverside**
SENIOR COMMUNITY?:
CERTIFIED 433A?:
MAIN LEVEL BEDROOMS:
MAIN LEVEL BATHROOMS:

LIST $ ORIGINAL: **$1,025,000**
BASEMENT SQFT:
COMMON WALLS:
PARKING: **Street, Driveway**
HORSE:

ROOM TYPE:
EATING AREA:

COOLING:
HEATING:
VIEW: **Mountain**
WATERFRONT:
LAUNDRY: **Individual Room**

| INTERIOR |

INTERIOR:
ACCESSIBILITY:
KITCHEN FEATURES:

APPLIANCES:
FLOORING: **Carpet, Wood**
BATHROOM FEATURES:

ENTRY LOC/ENTRY LVL: /
FIREPLACE: **See Through, Gas, Living Room**

| EXTERIOR |

EXTERIOR:
FENCING:
DIRECTION FACES: **West**

SECURITY:
SEWER:

LOT:
POOL: **In Ground**

PATIO/PORCH:
SPA: **In Ground**

| BUILDING |

BUILDER NAME:
MAKE:
BUILD MODEL:
TAX MODEL:

ARCH STYLE: **Mediterranean**
DOOR:
WINDOW:

ROOF: **Tile**
FOUNDATION DTLS:
PROP COND:

CONSTR MTLS: **Stucco**
STRUCT. COND:
OTHER STRUCT:
NEW CONSTRUCTION YN:

| GARAGE AND PARKING |

ATTACHED GARAGE?:
UNCOVERED SPACES:

PARKING TOTAL: **2**
# REMOTES: **0**

GARAGE SPACES: **2**
RV PARK DIM:

CARPORT SPACES: **0**

| GREEN |

GREEN BLDG VERIFICATION TYPE:
GREEN ENERGY GEN:
WALK SCORE: **0**

GREEN VERIFICATION BODY:
GREEN ENERGY EFF:

GREEN VERIFICATION YR:
GREEN SUSTAIN:

GREEN VERI. RATING:
GREEN WTR CONSERV: