Mark D. Estle, SBN 135004

5243 Timber Branch Way
San Diego, CA 92130

Telephone: 619-992-9264

mdestle@estlelaw.com

Attorney for Movant Rehabbers
Financial, Inc., *dba* Aztec Financial

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re: | Case No. 2:18-bk-12964-RK |
|---|---|
| Placemark Properties LLC, | Chapter 7 |
| Debtor, | **EMERGENCY MOTION TO ACCESS PROPERTY FOR THE LIMITED PURPOSE OF ABATING A PUBLIC NUISANCE** |
| Rehabbers Financial, Inc., *dba* Aztec Financial, | |
| Movant, | Hearing requested on emergency basis pursuant to LBR 9075-1(a) |
| vs. | |
| Placemark Properties LLC, Debtor, and Howard M. Ehrenberg, Trustee, | |
| Respondent, | |

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** Movant Rehabbers Financial, Inc., *dba* Aztec Financial ("Movant") does hereby move the Court for an order permitting it to enter the subject property for the limited purpose of abating a public nuisance, and for such other relief as may be appropriate on the grounds set forth below.

///

///

///

EMERGENCY MOTION    1

Mtn_V001

1. Movant herein is the first trust deed holder on the property located at 49340 Sunrose Lane, Palm Desert, CA – APN 655-290-015 ("the Property") which is the subject of Movant's Motion for In Rem Relief from Automatic Stay filed on June 11, 2018, Docket No. 42. The hearing is presently scheduled for July 3, 2018 at 10:30 a.m. in Courtroom 1675.

2. On or about June 15, 2018, Movant received an Order to Abate a public nuisance on the Property from the City of Palm Desert requiring that the pool be restored back to sanitary and healthy condition(s), and/or be drained within 24 hours based upon a public health hazard. A true and correct copy of the Order is attached as Exhibit 1 to the Declaration of Mark D. Estle filed concurrently herewith.

3. After receiving the Order, Movant attempted to contact Debtor, but did not receive a response. Movant also contacted the City of Palm Desert Code Compliance Officer to resolve the matter and was informed that steps must be taken as soon as possible to abate the nuisance.

4. On or about June 20, 2018, the Code Compliance Officer notified the undersigned that West Nile Virus had been detected in the area of the Property, and now the situation is absolutely critical. A true and correct copy of the Press Release announcing the presence of West Nile Virus in the area is attached as Exhibit 2 to the Declaration of Mark D. Estle filed concurrently herewith.

5. Paragraphs 1 and 5 of the Deed of Trust give Movant the right to enter the Property to remedy this health and safety concern, but for the automatic stay in effect due to Debtor's bankruptcy filing. Movant hereby requests that this court take judicial notice of the Deed of Trust attached as Exhibit 1 to Movant's Declaration in Support of its Motion for Relief from Automatic Stay.

///
///
///
///
///
///
///
///

1  6.   This Motion must be heard on an emergency basis pursuant to LBR 9075-1(a).  Based upon

2  the reasons set forth above, it is imperative that the court hear this Motion on an emergency basis

3  under LBR 9075-1(a) to allow Movant to restore the swimming pool back to sanitary and healthy

4  condition(s), and/or drain the pool within 24 hours based upon a public health hazard.

5

6  Dated: 6/21/2018

7                                                By:   /s/ Mark D. Estle

8                                                  Mark D. Estle
                                                Attorney for Movant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EMERGENCY MOTION                               2

Mtn_V001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**1191 Brewley Lane, Vista, California 92081**

A true and correct copy of the foregoing document entitled (*specify*): **EMERGENCY MOTION TO ACCESS PROPERTY FOR THE LIMITED PURPOSE OF ABATING A PUBLIC NUISANCE; AND DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **6/21/2018,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: ustpregion16.la.ecf@usdoj.gov
Trustee: Howard M. Ehrenberg, ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com; C123@ecfcbis.com; hehrenberg@ecf.inforuptcy.com

☐   Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 6/21/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**All three listed herein have been served via overnight mail.**

| U.S. Bankruptcy Court Judge | Debtor(s) | Guarantor |
|---|---|---|
| Honorable Robert N. Kwan | Placemark Properties LLC | Christopher Lee Chester |
| 255 E. Temple Street, Suite 1682 | 3535 Multiview Drive | 49340 Sunrose Lane |
| Los Angeles, CA 90012 | Los Angeles, CA 90068 | Palm Desert, CA 92260 |

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/21/2018 | **Debbie Gomez** | */s/ Debbie Gomez* |
|---|---|---|
| Date | Printed Name | Signature |

PrfSrv_CAC_X14

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**